IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01442-LTB-MJW

JANET WOLFE,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

---

**ORDER GRANTING LEAVE TO APPEAR AT
SCHEDULING CONFERENCE BY TELEPHONE CONFERENCE CALL**
( Docket No. 10 )

---

THE COURT having reviewed the Stipulated Joint Motion for Leave to Appear At Scheduling Conference By Telephone Conference Call, pursuant to D.C.COLO.LCivR 7.1, and being fully advised in the premises, DOES HEREBY ORDER that counsel for plaintiff Janet Wolfe and counsel for defendant NCO Financial Systems, Inc. be and the same are hereby granted leave to appear by telephone conference call at the Fed. R. Civ. P. Rule 16(b) scheduling conference set for October 7, 2008 in the above-captioned civil action. The court's phone number is (303) 844-2403. Counsel shall initiate the call to the Court.

BY THE COURT:

October 1, 2008
DATE

/s/ Michael J. Watanabe
U.S. MAGISTRATE JUDGE

**MICHAEL J. WATANABE**
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO