**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01442-LTB-MJW

JANET WOLFE,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____


THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 25 - filed January 28, 2009), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

BY THE COURT:


    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   January 29, 2009